Wilson *et al.* v. State Highway Department of Georgia *et al.*

Duckworth, Chief Justice. After an award by assessors in a condemnation proceeding had been made, and the condemnor, being dissatisfied with the award, had entered an appeal thereto within 10 days thereafter, the condemnees made a motion to dismiss the appeal, and the exception here is to the refusal of the court to dismiss the same. The Supreme Court is without jurisdiction. Code (Ann.), §§ 2-3704, 2-3708 (Constitution of 1945; Ga. L. 1945, pp. 43, 44). The question of whether or not the condemnor properly tendered the amount of the award before entering the appeal does not make a question for decision within the jurisdiction of this court. Nor does the allegation of estoppel by reason of a judgment decreeing fee-simple title to be in the condemnor make a question involving title to land and within the jurisdiction of this court. *Andrews* v. *Sims,* 151 *Ga.* 53 (105 S. E. 641); *H. G. Hastings Co.* v. *Southern Natural Gas Corp.,* 173 *Ga.* 212 (159 S. E. 853). *Transferred to the Court of Appeals. All the Justices concur, except Hawkins, J., who is disqualified.*

No. 17610. Argued October 8, 1951—Decided November 13, 1951.

*George D. Anderson, H. C. Schroder,* and *Luther C. Hames,* for plaintiffs in error.

*Eugene Cook, Attorney-General, W. V. Rice, Assistant Attorney-General, Willingham, Cheney, Hicks & Edwards,* and *J. G. Roberts,* contra.